# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY BAKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| BRIDGEFIELD CASUALTY INSURANCE COMPANY, INC., | ) ) |
| | ) |
|     Plaintiff/Intervenor, | ) |
| | ) |
| v. | )   Case No. 3:22-cv-00250 |
| | )   **JUDGE TRAUGER** |
| NYRSTAR CLARKSVILLE, INC. and OUTOTEC (USA), INC., | ) ) |
| | ) |
|     Defendants. | ) |

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Outotec (USA), Inc. makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐   This party is an individual, who resides in _____.

☐   This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☑   This party is a privately held corporation, incorporated in __Delaware__ and with a principal place of business in __Idaho__.

☑   This party has parent corporations

      If yes, identify **on attached page(s)** all parent corporations, including grandparent and great-grandparent corporations.

| ☑ | Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity. |

        If yes, identify **on attached page(s)** all such owners.

| ☐ | This party is a limited liability company or limited liability partnership. |

        If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

| ☐ | This party is an unincorporated association or entity. |

        If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

| ☐ | This party is trust. |

        If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

| ☐ | Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation. |

        If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

## ATTACHED PAGE

Outotec (USA), Inc. is a wholly-owned subsidiary of Metso Outotec USA, Inc., which is a wholly-owned subsidiary of Metso Outotec Oyj, which is a publicly held corporation.

Date: April 22, 2022     Signature: /s/ Matthew R. Hinson, BPR #037559

Printed Name: Matthew R. Hinson

Title: Attorney for Outotec (USA), Inc.

# CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of the foregoing Business Entity Disclosure has been forwarded, via the ECF system, U.S. First Class Mail, postage prepaid, and/or E-mail, on this 22nd day of April, 2022, to the following:

Brandon E. Bass
bbass@johndaylegal.com
Elizabeth Sitgreaves
lsitgreaves@johndaylegal.com
LAW OFFICES OF JOHN DAY, P.C.
5141 Virginia Way, Suite 270
Brentwood, TN 37207
Phone: (615) 742-4880
Fax: (615) 742-4881

*Attorneys for Plaintiff*

Scott J. Crosby
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
(901) 524-5000
scrosby@bpjlaw.com

*Attorney for Bridgefield Casualty Insurance Company*

John T. Feeney
Feeney & Murray, P.C.
9019 Overlook Blvd, Suite D-4
Brentwood, TN 37027
(615) 377-9000
jtf@feeneymurray.com

Aaron Karabel
aron.karabel@wallerlaw.com
Frederick L. Conrad III
trip.conrad@wallerlaw.com
Elizabeth Malloy
elizabeth.malloy@wallerlaw.com
Waller Lansden Dortch & Davis
Nashville City Center
511 Union St., Suite 2700
Nashville, TN 37219
(615) 244-6380

*Attorneys for Defendant Nyrstar Clarksville, Inc.*

          /s/ Matthew R. Hinson